UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

TIMOTHY GONZALEZ,

    Plaintiff,

        v.

CHIEF J. ROBERT BARRETT, ALDERMAN ROBERT WOLL and CITY OF SESSER,

    Defendants.

Case No. 12-cv-299-JPG-PMF

## MEMORANDUM AND ORDER

This matter comes before the Court on plaintiff Timothy Gonzalez's Stipulation for Dismissal (Doc. 16), which the Court construes as a motion for voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(2). Rule 41(a)(2) provides that only the Court may dismiss an action after an adverse party has filed an answer or motion for summary judgment and in the absence of a stipulation of dismissal of an entire case signed by all the parties. It appears that the parties have settled this case and dismissal is appropriate. Therefore, the Court **GRANTS** the motion (Doc. 16), **DISMISSES** this case **with prejudice** and **DIRECTS** the Clerk of Court to enter judgment accordingly.

**IT IS SO ORDERED.**
**DATED: June 25, 2012**

                                            s/J. Phil Gilbert
                                            **J. PHIL GILBERT**
                                            **DISTRICT JUDGE**