UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

TIMOTHY GONZALEZ,

    Plaintiff,

       v.                                Case No. 12-cv-299-JPG-PMF

CHIEF J. ROBERT BARRETT, ALDERMAN
ROBERT WOLL and CITY OF SESSER,

    Defendants.

## JUDGMENT

This matter having come before the Court, and the Court having granted the plaintiff's motion for voluntary dismissal,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**DATED: June 25, 2012**        **NANCY J. ROSENSTENGEL, Clerk of Court**

                                            **s/Brenda K. Lowe, Deputy Clerk**

**Approved:**    s/J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**